1  CRAIG P. FAGAN, State Bar No. 149556
   **LAW OFFICES OF CRAIG P. FAGAN**
2  4512 4ᵗʰ Street
   La Mesa, CA 91941
3  Telephone: (619) 528-9600
   Facsimile:  (619) 303-4814
4  email: cpfagan@faganlegal.com

5  Attorneys for all Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                        SOUTHERN DIVISION

11

12
   MAYRA CERVANTES, an Individual; JOSE )     No.  8:23cv01025 DOC - DFMx
13 CERVANTES, an Individual,             )
                                          )    **NOTICE OF SETTLEMENT**
14      Plaintiff,                        )    **OF ENTIRE CASE**
                                          )
15    v.                                  )    _____
                                          )
16 JD PROPERTY MANAGEMENT, INC., a )
   Business  Form  Unknown;  MUTAT )
17 ENTERPRISES,  A  California  Limited )
   Partnership;   and   DOES 1 through 10, )
18 Inclusive,                             )
                                          )
19      Defendants                        )
                                          )
20 _____ )

21

22      The Court is hereby notified that all parties in this matter have settled this case in full.  Plaintiffs

23 will soon file a Stipulation for Dismissal.

24

25

26

27

28
   _____

1    Dated: October 9, 2023                              LAW OFFICES OF CRAIG P. FAGAN

2

3                                                        By: /s/Craig P. Fagan
                                                         Craig P. Fagan
4                                                        Attorneys for all Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2
PROOF OF SERVICE
3
STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

4
     I am, and was at the time of the service hereinafter mentioned, over the age of 18 and not a party to the within action.  My business address is 4512 4th Street, San Diego, California, and I am

5
employed in San Diego County, California.

6
I served the enclosed **NOTICE OF SETTLEMENT OF ENTIRE CASE** on October 9, 2023, by serving via email and the Courts CM/ECF system to the following:

7

8
Kathryn J. Harvey
Wesierski & Zurek LLP
29 Orchard Road

9
Lake Forest, CA 92630
kharvey@WZLLP.COM

10

who is/are the person(s) on whom the document(s) was/were to be served in this action.

11

     I declare under penalty of perjury under the laws of the State of California that the above is true

12
and correct.

13

14
        **/s/Craig P. Fagan**
        Craig P. Fagan

15

16

17

18

19

20

21

22

23

24

25

26

27

28