CRAIG P. FAGAN, State Bar No. 149556
**LAW OFFICES OF CRAIG P. FAGAN**
4512 4th Street
La Mesa, CA 91941
Telephone: (619) 528-9600
Facsimile:  (619) 303-4814
email: cpfagan@faganlegal.com

Attorneys for Plaintiffs Mayra Cervantes
& Jose Cervantes

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MAYRA CERVANTES, an Individual; JOSE CERVANTES, an Individual,<br><br>　　Plaintiff,<br><br>　v.<br><br>JD PROPERTY MANAGEMENT, INC., a Business Form Unknown; MUTAT ENTERPRISES, A California Limited Partnership; and DOES 1 through 10, Inclusive,<br><br>　　Defendants | No. 8:23cv01025 DOC - DFMx<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that plaintiffs Mayra Cervantes and Jose Cervantes, may dismiss the above-entitled action with prejudice, all parties to bear their own attorney's fees and costs.

| | | |
|---|---|---|
| 1 | Dated: October 20, 2023 | WESIERSKI & ZUREK LLP |
| 2 | | |
| 3 | | |
| 4 | | By: **/s/Kathryn J. Harvey**<br>Kathryn J. Harvey<br>Attorney for all Defendants |
| 5 | | |
| 6 | Dated: October 20, 2023 | LAW OFFICES OF CRAIG P. FAGAN |
| 7 | | |
| 8 | | By: **/s/Craig P. Fagan**<br>Craig P. Fagan |
| 9 | | Attorneys for all Plaintiffs |

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am, and was at the time of the service hereinafter mentioned, over the age of 18 and not a party to the within action.  My business address is 4512 4th Street, San Diego, California, and I am employed in San Diego County, California.

I served the enclosed **STIPULATION OF DISMISSAL; PROPOSED ORDER** on October 20, 2023, by serving via email and the Courts CM/ECF system to the following:

Kathryn J. Harvey
Wesierski & Zurek LLP
29 Orchard Road
Lake Forest, CA 92630
kharvey@WZLLP.COM

who is/are the person(s) on whom the document(s) was/were to be served in this action.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                         **/s/Craig P. Fagan**
                                         Craig P. Fagan