UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MAYRA CERVANTES, an Individual; JOSE CERVANTES, an Individual,<br><br>　　Plaintiff,<br><br>　v.<br><br>JD PROPERTY MANAGEMENT, INC., a Business Form Unknown; MUTAT ENTERPRISES, A California Limited Partnership; and DOES 1 through 10, Inclusive,<br><br>　　Defendants | No. 8:23cv01025 DOC - DFMx<br><br>**ORDER** |

After considering the Stipulation for Dismissal filed herein, IT IS HEREBY ORDERED THAT:

The complaint filed by Plaintiffs in this matter is hereby dismissed with prejudice as to all Defendants, with each party bearing their own costs and attorney's fees.

**IT IS SO ORDERED**

Dated: November 1, 2023

*David O. Carter*

United States District Court Judge